### J. S. PHILLIPS v. THE STATE.

No. 4339.   Decided February 28, 1917.

Final Opinion October 22, 1917.

**Sunday Law—Moving Pictures—Companion Case.**
     Where appellant was convicted of a violation of the Sunday law, under article 302, Penal Code, for exhibiting in a place of amusement a moving picture

show on Sunday, and appealed, the case must be affirmed in accordance with a companion case, recently decided. Davidson, Presiding Judge, dissenting.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of a violation of the Sunday law; penalty, a fine of twenty-five dollars.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, *Marshall Spoonts, Will Parker, S. J. Calloway,* and *Turner, Cummings & Doyle,* for the State.

DAVIDSON, PRESIDING JUDGE.—This conviction was for violation of article 302, P. C., wherein appellant was convicted for exhibiting in a place of amusement a moving picture show on Sunday.

The majority of the court have held the law constitutional and valid in the Zucarro case, this day decided. I do not believe the decision correctly decides the law, but the majority have held the other way, and in obedience to their finding this judgment will be affirmed.

*Affirmed.*

[Final dissenting opinion October 22, 1917.—Reporter.]